IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| MAXWELL CHIBUEZE EZENWA | § | |
| VS. | § | CIVIL ACTION NO. 1:24cv107 |
| WARDEN, SPC BEAUMONT CAMP | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATION

Petitioner Maxwell Chibueze Ezenwa, proceeding *pro se*, brought this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

The Court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this Court. The magistrate judge recommends granting the respondent's motion for summary judgment. As a result, the magistrate judge recommends denying and dismissing the above-styled petition.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the report was mailed to petitioner at the address provided to the Court. The copy of the report mailed to petitioner was returned to the Court with a notation that petitioner has been released and is no longer at that address. Petitioner, however, has failed to provide the Court with a new address at which he may be contacted. As of this date, no objections to the Report and Recommendation of United States Magistrate Judge have been filed.

O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is ADOPTED. It is

ORDERED that the respondent's motion for summary judgment is GRANTED. A final judgment will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 14th day of July, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge